1  MICHELE BECKWITH
   Acting United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11  GUNDEEP SINGH,                          CASE NO. 2:24-CV-03108-CKD

12                    Plaintiff,             STIPULATION AND [PROPOSED] ORDER FOR
                                             FIRST EXTENSION OF TIME
13           v.

14  UR JADDOU, ET AL.,

15                    Defendants.

16

17

18       The Defendants respectfully request a first extension of time in which to respond to the

19  complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship

20  and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending

21  asylum application, which he filed in 2018. USCIS has scheduled Plaintiff's asylum interview for May

22  7, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its

23  adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the

24  successful complete of Plaintiff's asylum interview. In the event USCIS cancels or reschedules the

25  interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four

26  weeks of the original date.

27  / / /

28
                                           1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 5, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  January 14, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: January 14, 2025

By:  /s/ JESSICA T. ARENA
Jessica T. Arena
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated:  January 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, singh24cv3108.stip.0905